■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROY LEE MELVIN, Appellant, v WARDEN ORANGE COUNTY JAIL, Respondent. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Orange County (Buell, J.), dated September 27, 1982, which dismissed the writ. Judgment affirmed, without costs or disbursements. It is well settled that habeas corpus is not to serve as a substitute for an appeal (see, e.g., *People ex rel. Frazier v Coombe*, 87 AD2d 904). The issues raised by petitioner in his application for habeas corpus relief can be developed in his appeal from the judgment of conviction. Accordingly, we hold that it was not improper for the Supreme Court, Orange County, to dismiss the writ without a hearing. Damiani, J. P., Weinstein, Niehoff and Boyers, JJ., concur.

■ In the Matter of VICTOR N. PACOR,[*] an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner. — Motion by petitioner to have respondent immediately suspended from the practice of law, pending the conclusion of the disciplinary proceeding authorized by this court. Motion granted and respondent suspended forthwith pending conclusion of the proceeding. Mollen, P. J., Damiani, Titone, Mangano and Thompson, JJ., concur.

---

[*] Admitted to practice by the Appellate Division of the Supreme Court, First Judicial Department, on November 26, 1951.